*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  November 6, 2014          518742
_____

In the Matter of NICOLE RADUNS,
                    Petitioner,

          v                          MEMORANDUM AND JUDGMENT

ALBERT PRACK, as Director of
    Special Housing and Inmate
    Disciplinary Programs,
    et al.,
                    Respondents.
_____

Calendar Date:  September 16, 2014

Before:  Peters, P.J., McCarthy, Rose, Lynch and Devine, JJ.

_____

          Nicole Raduns, Albion, petitioner pro se.

          Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondents.

_____

          Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of the Commissioner of Corrections and
Community Supervision which found petitioner guilty of violating
a prison disciplinary rule.

          Petitioner commenced this CPLR article 78 proceeding
challenging a prison disciplinary determination.  The Attorney
General has advised this Court that the determination at issue
has been reversed, all references thereto have been expunged from
petitioner's institutional record and the $5 mandatory surcharge
has been refunded to petitioner's inmate account.  Petitioner is
not entitled to be restored to the status she enjoyed prior to
the disciplinary determination (see Matter of Herring v Prack,

118 AD3d 1200, 1200 [2014]; <u>Matter of Burt v Connolly</u>, 116 AD3d 1283, 1283 [2014]).  In view of this and given that petitioner has received all of the relief to which she is entitled, the matter is dismissed as moot (<u>see</u> <u>Matter of Scott v Fischer</u>, 119 AD3d 1307, 1307 [2014]; <u>Matter of Hughes v Venettozzi</u>, 117 AD3d 1248, 1248-1249 [2014]).

Peters, P.J., McCarthy, Rose, Lynch and Devine, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court